UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Ontavious D. Plumer, | ) | Civil Action No.: 2:17-cv-00026-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nurse Donna Miller, *sued in her individual* | ) | |
| *and official capacities*; and Southern Health | ) | |
| Partners, *sued in their official capacities*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Ontavious D. Plumer, a state prisoner proceeding pro se, filed this action pursuant to

42 U.S.C. § 1983 against the above-captioned Defendants. The matter is before the Court for review

of the Report and Recommendation (R & R) of United States Magistrate Judge Mary Gordon Baker,

made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2) (D.S.C.). *See* R

& R [ECF No. 28]. The Magistrate Judge recommends that the Court dismiss this case with prejudice

pursuant to Federal Rule of Civil Procedure 41(b) for lack of prosecution and for failure to comply with

court orders. R & R at 1.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has

no presumptive weight, and the responsibility to make a final determination remains with this Court.

*See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The Court is charged with making a de novo

determination of those portions of the R & R to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit

the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

No parties have filed objections to the R & R, and the time for doing so has expired.[1]  In the absence of objections to the R & R, the Court is not required to give any explanation for adopting the Magistrate Judge's recommendations.  *See Camby v. Davis*, 718 F.2d 198, 199-200 (4th Cir. 1983).  The Court reviews only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'" (quoting Fed. R. Civ. P. 72 advisory committee's note)).

After a thorough review of the record in this case, the Court finds no clear error and hereby adopts and incorporates by reference the R & R [ECF No. 28] of the Magistrate Judge.  Accordingly, the Court **DISMISSES** this case *with prejudice* pursuant to Federal Rule of Civil Procedure 41(b).  The Court **DENIES AS MOOT** Defendants' motion for summary judgment [ECF No. 22].

   **IT IS SO ORDERED.**


Florence, South Carolina                                    s/ R. Bryan Harwell
August 15, 2017                                             R. Bryan Harwell
                                                           United States District Judge

---

[1]      Plaintiff's objections were due by July 31, 2017.  *See* ECF No. 28.